UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NELOFAR RAHIM, | ) | No. CV 14-02902-PA (VBK) |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————— | ) | |

Based upon the Petition filed herein:

**IT IS HEREBY ORDERED** that Respondent or Respondent's counsel file a Return or other responsive pleading within 45 days of the date of this Order to Show Cause, why a Writ of Habeas Corpus should not be issued.  Respondent shall also file a <u>certified</u> copy of any Administrative Record at issue.

**IT IS FURTHER ORDERED** that the Clerk of this Court forthwith serve a copy of this Order upon Respondent by serving a copy of the Petition and of this Order upon the United States Attorney for the Central District of California, as well as upon Petitioner. Respondent or his counsel serve a copy of the Return or other responsive pleading upon Petitioner prior to the filing thereof.

1   Petitioner has 20 days from the date of receipt of the Return or other

2   pleading in which to file his opposition or Traverse.

3        If Petitioner seeks a Stay of Deportation, a separate Motion to

4   Stay  may  be  made  directly  to  the  court  having  appropriate

5   jurisdiction.  The Magistrate Judge has no authority to issue a Stay

6   of Deportation.

7

8   DATED: April 23, 2014                    /s/

9                                 VICTOR B. KENTON
                                  UNITED STATES MAGISTRATE JUDGE