1

2

3

4

5

6

7

8

9

10

          UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA

             WESTERN DIVISION

11 | NELOFAR RAHIM,                   )   No. CV 14-02902-PA (VBK)
                                      )
12 |             Petitioner,          )   ~~[PROPOSED~~] ORDER ADOPTING
                                      )   FINDINGS AND RECOMMENDATIONS OF
13 |    v.                            )   THE UNITED STATES MAGISTRATE
                                      )   JUDGE
14 | ERIC HOLDEN,                     )
                                      )
15 |             Respondent.          )
   | _____     )
16

17        Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition

18 | for Writ of Habeas Corpus ("Petition"), all the records and files

19 | herein, and the Report and Recommendation of the United States

20 | Magistrate Judge ("Report"),

21        **IT IS HEREBY ORDERED** that the Court accepts the findings and

22 | recommendations of the Magistrate Judge.

23

24 | DATED:  July 9, 2014                    _____
                                            PERCY ANDERSON
25                                          UNITED STATES DISTRICT JUDGE

26

27

28