JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| NELOFAR RAHIM, | ) | No. CV 14-02902-PA (VBK) |
| Petitioner, | ) | [PROPOSED] JUDGMENT |
| v. | ) | |
| ERIC HOLDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: July 9, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE